UNITED STATES of America,
Plaintiff–Appellee

v.

Juan ESTRADA–ZOLORZANO, also known as Keylor Estiven Aranjo–Perez, also known as Estrada–Zolorzano, also known as Juan Carlos Estrada–

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

**Zolorzano, also known as Juan Carlo Sosa, also known as Juan Carlos Eric Zolorzano, also known as Juan Carlos Eric Estrada, also known as Jose Manacel, also known as Juan Carlos Eric Estrada–Zolorzano, also known as Juan Carlos Eric Zolorzano–Estrada, also known as Bairon Estrada, Defendant–Appellant.**

No. 14–50962
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

June 16, 2015.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Bradford W. Bogan, Assistant Federal Public Defender, Maureen Scott Franco, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before DAVIS, JONES, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Appealing the judgment in a criminal case, Juan Estrada–Zolorzano presents an argument that he concedes is foreclosed by *Almendarez–Torres v. United States,* 523 U.S. 224, 228, 235, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998), which held that convictions used to enhance a sentence under 8 U.S.C. § 1326(b)(2) need not be set forth in the indictment. Accordingly, the Government's motion for summary affirmance

is GRANTED, its alternative motion for an extension of time to file a brief is DENIED, and the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

the limited circumstances set forth in 5TH CIR. R. 47.5.4.